# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PEYTON SISSON**  **PLAINTIFF**
**ADC #172211**

v.   No: 3:25-cv-00020-DPM-PSH

**MEGAN LOCKHART,** *et al.*   **DEFENDANTS**

## ORDER

Plaintiff Peyton Sisson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 15, 2024 (Doc. No. 2). He is incarcerated at the Arkansas Division of Correction's Grimes Unit. At the Court's direction, Carter has filed an amended complaint (Doc. No. 4).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A.

Sisson alleges that defendant Megan Lockhart delayed medical treatment despite his severe symptoms on November 22, 2024. Doc. No. 4-5. Based on these allegations, for screening purposes, the Court finds that Sisson has stated an Eighth

Amendment medical deliberate indifference claim against Lockhart.[1]  The Court will issue service on Lockhart by separate Order, once directions for service are received from Lockhart's employer, Wellpath LLC ("Wellpath").  However, due to Wellpath's pending bankruptcy and an order extending the automatic stay to Wellpath's employees and other defendants, this may take some time.  *See In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex) ("the "Wellpath Bankruptcy") (Feb. 18, 2025, Bankr. Doc. No. 1480).  Accordingly, the deadline for effectuating service under Fed. R. Civ. P. 4(m) is extended pending further order.

     IT IS SO ORDERED this 25th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will enter a separate recommendation as to Sisson's claims against defendants ADC Deputy Director Aundrea Culclager, RN/DON Ashley Jackson, and Nurse Crystal Reed.