IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PEYTON SISSON
ADC #172211                                                                PLAINTIFF

v.                          No. 3:25-cv-20-DPM-PSH

MEGAN LOCKHART, Nurse, Grimes
Unit, ADC; AUNDREA CULCLAGER,
Deputy Director, ADC; ASHLEY
JACKSON, RN/D.O.N., Grimes Unit,
ADC; and CRYSTAL REED, Nurse,
Grimes Unit, ADC                                                         DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 14*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The Court reviewed Sisson's response, *Doc. 19*, to the motion for summary judgment. It doesn't contain objections to the partial recommendation. Magistrate Judge Harris will make a recommendation on the motion for summary judgment in due course.

Sisson's claims against Nurse Reed, Nurse Jackson, and Deputy Director Culclager are dismissed without prejudice for failure to state a claim. The Court directs the Clerk to terminate them as defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2025