# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PEYTON SISSON**
**ADC #172211**                                                          **PLAINTIFF**

**v.**                            **No. 3:25-cv-20-DPM**

**MEGAN LOCKHART, Nurse, Grimes**
**Unit, ADC**                                                       **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 24*, and overrules Sisson's objections, *Doc. 25*. Fed. R. Civ. P. 72(b)(3). Nurse Lockhart's motion for summary judgment, *Doc. 16*, is granted. Sisson's claims against her will be dismissed without prejudice for failure to exhaust. Sisson's motions, *Doc. 26 & 28*, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025