IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PEYTON SISSON
ADC #172211                                                                                     PLAINTIFF

v.                              No. 3:25-cv-20-DPM

MEGAN LOCKHART, Nurse, Grimes
Unit, ADC; AUNDREA CULCLAGER,
Deputy Director, ADC; ASHLEY
JACKSON, RN/D.O.N., Grimes Unit,
ADC; and CRYSTAL REED, Nurse,
Grimes Unit, ADC                                                                          DEFENDANTS

## JUDGMENT

Sisson's claims against Nurse Lockhart are dismissed without prejudice for failure to exhaust. His remaining claims are dismissed without prejudice for failure to state a claim.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025